UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
JOSEPH M. SMITH § Case No. 1:11-30381-GMB
JOANNE F. SMITH §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

John W. Hargrave, Trustee    , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/John W. Hargrave, Trustee _____
                                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DEBTORS EXEMPTION. LINE 1308. |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America P.O. Box 17054 Wilmington, DE 19850 |  |  |  |  |  |
|  | Bank of America P.O. Box 17054 Wilmington, DE 19850 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank (South Dakota) NA Customer Service Center PO Box 6500 Sioux Falls, SD 57117-6500 | | | | | |
| | Citibank (South Dakota) NA Customer Service Center PO Box 6500 Sioux Falls, SD 57117-6500 | | | | | |
| | Dennisville Tax Collector 571 Petersburg Road Dennisville, NJ 08214 | | | | | |
| | Holly Lakes Condominium Association 70 Lake Drive Dennisville, NJ 08214 | | | | | |
| 5 | DENNISVILLE TAX COLLECTOR | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| John W. Hargrave | | | | | |
| John W. Hargrave | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 2012 ASSOC FEES. LINE 1306. | | | | | |
| ASSOCIATION FEES & LATE CRG. LINE 1 | | | | | |
| CITY/CTY. LINE 1204. | | | | | |
| CLOSING COSTS | | | | | |
| COURIER FEE. LINE 1110 | | | | | |
| DEED/MTG. LINE 1202. | | | | | |
| INS. REIMBURSEMENT. LINE 1309 | | | | | |
| NOTARY FEE. LINE 1109. | | | | | |
| SELLER PREPAIDS. LINE 508 | | | | | |
| SETTLEMENT FEE. LINE 1102. | | | | | |
| TAX CERT 12-0002. LINE 1303. | | | | | |
| 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | | | | | |
| BANK OF AMERICA | | | | | |
| Team Capital Bank | | | | | |
| JOHN W. HARGRAVE ESQUIRE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN W. HARGRAVE ESQUIRE | | | | | |
| KELLER WILLIAMS REALTY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Employment Security Agency CN-077 Trenton, NJ 08625 | | | | | |
| | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | N.J. Division of Taxation Bankruptcy Unit, 9th Floor 50 Barrack Street CN-245 Trenton, NJ 08646 | | | | | |
| | New Jersey Attorney General's Office Division of Law Richard J. Hughes Justice Complex P.O. Box 112 Trenton, NJ 08625-0112 | | | | | |
| | Office of Attorney General Hughes Justice Complex P.O. Box 080 25 W. Market Street Trenton, NJ 08625 | | | | | |
| | State of New Jersey Division of Taxation P.O. Box 046 Trenton, NJ 08646-0046 | | | | | |
| | State of New Jersey, Dept of Treasury Division of Pensions and Benefits PO Box 295 Trenton, NJ 08625-0295 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Akron Billing Center 2620 Ridgewood Road, Suite 300 Akron, OH 44313-3527 | | | | | |
| | Akron Billing Center 2620 Ridgewood Road, Suite 300 Akron, OH 44313-3527 | | | | | |
| | Chris McIlvane, Court Officer Superior Court of New Jersey P.O. Box 823 Williamstown, NJ 08094 | | | | | |
| | Citibank P.O. Box 6282 Sioux Falls, SD 57117-6282 | | | | | |
| | David Faloni, Jr., Esqurie Faloni & Larusso 165 Passaic Avenue, Suite 301B Fairfield, NJ 07004 | | | | | |
| | G. Richard Malgran, Esquire 170 Barbertown-Point Breeze Road Frenchtown, NJ 08825 | | | | | |
| | HSBC Retail Services P.O. Box 17298 Baltimore, MD 21297-1298 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kennedy University Hospital P.O. Box 48023 Newark, NJ 07101-4823 | | | | | |
| | Radiology Assoc. of NJ P.O. Box 347274 Pittsburgh, PA 15251-4274 | | | | | |
| | TD Bank 1701 Route 70 East Cherry Hill, NJ 08034 | | | | | |
| | The Mossler Law Firm, P.C. P.O. Box 279 Jamestown, IN 46147 | | | | | |
| | Wells Fargo Financial Bank P.O. Box 10475 Des Moines, IA 50306 | | | | | |
| 3 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 4 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 10 | CHASE | | | | | |
| 7 | MIDLAND FUNDING LLC | | | | | |
| 8 | MIDLAND FUNDING LLC | | | | | |
| 9 | MIDLAND FUNDING LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | N. A. KOHLS/CAPITAL ONE | | | | | |
| 1 | RITA PETRIZIO | | | | | |
| 6 | STEVEN SMITH | | | | | |
| 11 | ECAST SETTLEMENT CORPORATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-30381 | GMB | Judge: | Gloria M. Burns | Trustee Name: | John W. Hargrave, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | JOSEPH M. SMITH | | | | Date Filed (f) or Converted (c): | 07/06/2011 (f) |
| | JOANNE F. SMITH | | | | 341(a) Meeting Date: | 08/19/2011 |
| For Period Ending: | 01/31/2014 | | | | Claims Bar Date: | 11/21/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 57 LONG BOW DRIVE SEWELL, NJ | 218,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 30 WILDWOOD AVENUE DENNISVILLE, NJ 08214 (HOLLY LA 4/27/2012 - TRUSTEE CLOSED ON SALE | 110,000.00 | 90,770.97 | | 66,000.00 | FA |
| 3. TD BANK JOINT CHECKING ACCOUNT (1708) | 0.00 | 0.00 | | 0.00 | FA |
| 4. THE BANK CHECKING ACCOUNT (9267) | 330.88 | 0.00 | | 0.00 | FA |
| 5. LIVING ROOM FURNITURE | 650.00 | 0.00 | | 0.00 | FA |
| 6. KITCHEN FURNITURE | 400.00 | 0.00 | | 0.00 | FA |
| 7. DINING ROOM FURNITURE | 500.00 | 0.00 | | 0.00 | FA |
| 8. BEDROOM FURNITURE | 450.00 | 0.00 | | 0.00 | FA |
| 9. HOUSEHOLD APPLIANCES | 300.00 | 0.00 | | 0.00 | FA |
| 10. CONSUMER ELECTRONICS | 250.00 | 0.00 | | 0.00 | FA |
| 11. TELEVISIONS | 400.00 | 0.00 | | 0.00 | FA |
| 12. FURNISHINGS IN SHORE TRAILER | 500.00 | 0.00 | | 0.00 | FA |
| 13. CONSUMER APPLIANCES IN SHORE TRAILER | 200.00 | 0.00 | | 0.00 | FA |
| 14. CONSUMER ELECTRONICS IN SHORE TRAILERS | 100.00 | 0.00 | | 0.00 | FA |
| 15. DELL LAPTOP | 400.00 | 0.00 | | 0.00 | FA |
| 16. VARIOUS ART OBJECTS - NOTHING COLLECTIBLE | 200.00 | 0.00 | | 0.00 | FA |
| 17. CD'S | 100.00 | 0.00 | | 0.00 | FA |
| 18. 4 - OIL PAINTINGS | 400.00 | 0.00 | | 0.00 | FA |
| 19. WORK AND CASUAL CLOTHING | 350.00 | 0.00 | | 0.00 | FA |
| 20. MISCELLANEOUS PIECES OF SMALL COSTUME JEWELRY, WAT | 500.00 | 0.00 | | 0.00 | FA |
| 21. HUSBAND'S PENSION (IN PAY STATUS) NOT PROPERTY OF | Unknown | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-30381 | GMB | Judge: | Gloria M. Burns | Trustee Name: | John W. Hargrave, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | JOSEPH M. SMITH | | | | Date Filed (f) or Converted (c): | 07/06/2011 (f) |
| | JOANNE F. SMITH | | | | 341(a) Meeting Date: | 08/19/2011 |
| For Period Ending: | 01/31/2014 | | | | Claims Bar Date: | 11/21/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22. 2002 FORD TAURUS | 3,900.00 | 0.00 | | 0.00 | FA |
| 23. 1999 NISSAN MAXIMA GXE | 2,550.00 | 0.00 | | 0.00 | FA |
| 24. 1997 GOLF CART LOCATION: 30 WILDWOOD AVENUE DENNIS | 1,800.00 | 0.00 | | 0.00 | FA |
| 25. 16 FT CANOE LOCATION: 30 WILDWOOD AVENUE DENNISVIL | 50.00 | 0.00 | | 0.00 | FA |
| 26. 10 FT FISHING BOAT W/ELETRIC MOTOR/NO TRAILER LOCA | 100.00 | 0.00 | | 0.00 | FA |
| 27. SMOOTH FOX TERRIER | 400.00 | 0.00 | | 0.00 | FA |
| 28. POTENTIAL CLAIM FOR REFUND FROM COUNSEL HIRED THRO | 550.00 | 0.00 | | 0.00 | FA |
| 29. POTENTIAL REFUND OF FEES PAID TO DEBT MANAGEMENT C | 1,560.00 | 0.00 | | 0.00 | FA |
| 30. FUNDS LEVIED FROM TD BANK ACCOUNT BUT NOT YET TURN | 1,130.09 | 0.00 | | 0.00 | FA |
| 31. Post-Petition Interest Deposits       (u) | Unknown | N/A | | 0.47 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $346,070.97 | $90,770.97 | | $66,000.47 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR: 9/20/2013
TFR APPROVAL: 9/27/2013
FINAL MTG: 10/28/2013
TDR: 12/30/2013
TDR APPROVAL: PENDING

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-30381 | Trustee Name: | John W. Hargrave, Trustee |
|---|---|---|---|
| Case Name: | JOSEPH M. SMITH | Bank Name: | Bank of America |
| | JOANNE F. SMITH | Account Number/CD#: | XXXXXX2712 |
| | | | Money Market Account (Interest Earn |
| Taxpayer ID No: | XX-XXX9161 | Blanket Bond (per case limit): | $32,345,919.00 |
| For Period Ending: | 01/31/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/01/12 | | TITLE AGENCY OF ATLANTIC COUNTY 1555 ZION ROADNORTHFIELD, NJ 08225 | SALE OF R/E | | $42,600.71 | | $42,600.71 |
| | | | Gross Receipts    $66,000.00 | | | | |
| | | DEBTORS EXEMPTION. LINE 1308. DEBTORS EXEMPTION. LINE 1308. | DEBTORS EXEMPTION. LINE 1308.    ($18,029.03) | 8100-002 | | | |
| | | DENNISVILLE TAX COLLECTOR 571 PETERSBURG ROAD DENNISVILLE, NJ 08214 | 2ND QTR TAXES    ($586.53) | 4700-000 | | | |
| | | SELLER PREPAIDS. LINE 508 SELLER PREPAIDS. LINE 508 | SELLER PREPAIDS. LINE 508    ($1,500.00) | 2500-000 | | | |
| | | SETTLEMENT FEE. LINE 1102. SETTLEMENT FEE. LINE 1102. | SETTLEMENT FEE. LINE 1102.    $0.00 | 2500-000 | | | |
| | | NOTARY FEE. LINE 1109. NOTARY FEE. LINE 1109. | NOTARY FEE. LINE 1109.    $0.00 | 2500-000 | | | |
| | | 2012 ASSOC FEES. LINE 1306. 2012 ASSOC FEES. LINE 1306. | 2012 ASSOC FEES. LINE 1306.    $0.00 | 2500-000 | | | |
| | | ASSOCIATION FEES & LATE CRG. LINE 1 ASSOCIATION FEES & LATE CRG. LINE 1305. | ASSOCIATION FEES & LATE CRG. LINE 1    $0.00 | 2500-000 | | | |
| | | TAX CERT 12-0002. LINE 1303. TAX CERT 12-0002. LINE 1303. | TAX CERT 12-0002. LINE 1303.    $0.00 | 2500-000 | | | |
| | | INS. REIMBURSEMENT. LINE 1309 INS. REIMBURSEMENT. LINE 1309 | INS. REIMBURSEMENT. LINE 1309    $0.00 | 2500-000 | | | |
| | | CITY/CTY. LINE 1204. CITY/CTY. LINE 1204. | CITY/CTY. LINE 1204.    $0.00 | 2500-000 | | | |
| | | DEED/MTG. LINE 1202. DEED/MTG. LINE 1202. | DEED/MTG. LINE 1202.    $0.00 | 2500-000 | | | |
| | | COURIER FEE. LINE 1110 COURIER FEE. LINE 1110 | COURIER FEE. LINE 1110    $0.00 | 2500-000 | | | |
| | | CLOSING COSTS CLOSING COSTS OF $3497.00 -MINUS CREDITS OF 213.48 | CLOSING COSTS    ($3,283.73) | 2500-000 | | | |

Page Subtotals:    $42,600.71    $0.00

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-30381 | Trustee Name: John W. Hargrave, Trustee |
| Case Name: JOSEPH M. SMITH | Bank Name: Bank of America |
| JOANNE F. SMITH | Account Number/CD#: XXXXXX2712 |
| | Money Market Account (Interest Earn |
| Taxpayer ID No: XX-XXX9161 | Blanket Bond (per case limit): $32,345,919.00 |
| For Period Ending: 01/31/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 2 | | 30 WILDWOOD AVENUE $66,000.00 DENNISVILLE, NJ 08214 (HOLLY LA | 1110-000 | | | |
| 05/31/12 | 31 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.33 | | $42,601.04 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $48.89 | $42,552.15 |
| 06/13/12 | 31 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | $0.14 | | $42,552.29 |
| 06/13/12 | | BANK OF AMERICA 901 MAIN STREET10TH FLOORDALLAS, TX 75283 | BANK FEES | 2600-000 | | $20.93 | $42,531.36 |
| 06/13/12 | | Trsf To TEAM CAPITAL BANK | FINAL TRANSFER | 9999-000 | | $42,531.36 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $42,601.18 | $42,601.18 |
| Less: Bank Transfers/CD's | $0.00 | $42,531.36 |
| Subtotal | $42,601.18 | $69.82 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $42,601.18 | $69.82 |

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

Page Subtotals: $0.47    $42,601.18

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 11-30381 | Trustee Name: John W. Hargrave, Trustee | |
| Case Name: JOSEPH M. SMITH | Bank Name: Team Capital Bank | |
| JOANNE F. SMITH | Account Number/CD#: XXXXXX4635 | |
| | Checking | |
| Taxpayer ID No: XX-XXX9161 | Blanket Bond (per case limit): $32,345,919.00 | |
| For Period Ending: 01/31/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/13/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | $42,531.36 | | $42,531.36 |
| 07/10/12 | 1001 | KELLER WILLIAMS REALTY ATTN: NANCY VAN RIPER 200 TILTON ROAD, STE 5 NORTHFIELD, NJ 08225 | BROKER FEES 30 WILDWOOD AVE, DENNIS TWP, NJ | 3510-000 | | $3,960.00 | $38,571.36 |
| 12/24/12 | 1002 | INTERNATIONAL SURETIES LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS, LA 70139 | BOND PREMIUM - BOND #016026385 | 2300-000 | | $35.34 | $38,536.02 |
| 02/15/13 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.14 | $38,495.88 |
| 03/11/13 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.12 | $38,455.76 |
| 04/01/13 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.07 | $38,415.69 |
| 05/01/13 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.02 | $38,375.67 |
| 06/05/13 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.97 | $38,335.70 |
| 07/01/13 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.94 | $38,295.76 |
| 08/01/13 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.89 | $38,255.87 |
| 09/03/13 | | Team Capital Bank | Bank Service Fees | 2600-000 | | $39.85 | $38,216.02 |
| 11/01/13 | 1003 | John W. Hargrave 117 Clements Bridge Road Barrington, NJ 08007 | Distribution | | | $5,578.18 | $32,637.84 |

Page Subtotals: $42,531.36    $9,893.52

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-30381 | Trustee Name: | John W. Hargrave, Trustee |
| --- | --- | --- | --- |
| Case Name: | JOSEPH M. SMITH | Bank Name: | Team Capital Bank |
| | JOANNE F. SMITH | Account Number/CD#: | XXXXXX4635 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9161 | Blanket Bond (per case limit): | $32,345,919.00 |
| For Period Ending: | 01/31/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | John W. Hargrave | Final distribution representing a payment of 100.00 % per court order. | ($5,547.14) | 2100-000 | | | |
| | | John W. Hargrave | Final distribution representing a payment of 100.00 % per court order. | ($31.04) | 2200-000 | | | |
| 11/01/13 | 1004 | JOHN W. HARGRAVE ESQUIRE<br>117 CLEMENTS BRIDGE ROAD<br>BARRINGTON, NJ 08007 | Distribution | | | | $2,329.38 | $30,308.46 |
| | | JOHN W. HARGRAVE ESQUIRE | ATTY FOR TR FEES | ($2,264.50) | 3110-000 | | | |
| | | JOHN W. HARGRAVE ESQUIRE | ATTY FOR TR EXPENSES | ($64.88) | 3120-000 | | | |
| 11/01/13 | 1005 | RITA PETRIZIO<br>111 CANAPY LANE<br>SEWELL, NJ 08080 | Final distribution to claim 1 representing a payment of 31.85 % per court order. | | 7100-000 | | $14,077.64 | $16,230.82 |
| 11/01/13 | 1006 | N. A. KOHLS/CAPITAL ONE<br>KOHLS/CAPITAL ONE, N.A.<br>C/O CREDITORS BANKRUPTCY SERVICE<br>PO BOX 740933<br>DALLAS, TX 75374 | ACCT #X-6860 | | 7100-000 | | $477.11 | $15,753.71 |
| 11/01/13 | 1007 | AMERICAN EXPRESS CENTURION BANK<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Distribution | | | | $6,031.01 | $9,722.70 |
| | | AMERICAN EXPRESS CENTURION BANK | ACCT #X-1000 | ($4,650.70) | 7100-000 | | | |
| | | AMERICAN EXPRESS CENTURION BANK | ACCT #X-2005 | ($1,380.31) | 7100-000 | | | |
| 11/01/13 | 1008 | STEVEN SMITH<br>1022 NORTH MERRIMOUNT<br>BLACKWOOD, NJ 08012 | Final distribution to claim 6 representing a payment of 31.85 % per court order. | | 7100-000 | | $1,433.24 | $8,289.46 |
| 11/01/13 | 1009 | MIDLAND FUNDING LLC<br>BY ITS AUTHORIZED AGENT<br>RECOSER, LLC<br>25 SE 2ND AVE, SUITE 1120<br>MIAMI, FL 33131-1605 | Distribution | | | | $1,078.77 | $7,210.69 |

Page Subtotals: $0.00   $25,427.15

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-30381 | Trustee Name: John W. Hargrave, Trustee |
| Case Name: JOSEPH M. SMITH | Bank Name: Team Capital Bank |
| JOANNE F. SMITH | Account Number/CD#: XXXXXX4635 |
| | Checking |
| Taxpayer ID No: XX-XXX9161 | Blanket Bond (per case limit): $32,345,919.00 |
| For Period Ending: 01/31/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | MIDLAND FUNDING LLC | ACCT #X-8502 ($318.98) | 7100-000 | | | |
| | | MIDLAND FUNDING LLC | ACCT #X-7465 ($371.52) | 7100-000 | | | |
| | | MIDLAND FUNDING LLC | ACCT #X-5645 ($388.27) | 7100-000 | | | |
| 11/01/13 | 1010 | CHASE<br>PO BOX 15145<br>19850-5145<br>WILMINGTON DE | ACCT #X-4279 | 7100-000 | | $7,210.69 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $42,531.36 | $42,531.36 |
| Less: Bank Transfers/CD's | $42,531.36 | $0.00 |
| Subtotal | $0.00 | $42,531.36 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $42,531.36 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2712 - Money Market Account (Interest Earn | $42,601.18 | $69.82 | $0.00 |
| XXXXXX4635 - Checking | $0.00 | $42,531.36 | $0.00 |
| | $42,601.18 | $42,601.18 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $23,399.29 |
| Total Net Deposits: | $42,601.18 |
| Total Gross Receipts: | $66,000.47 |

Page Subtotals:    $0.00    $0.00